Case 4:05-cv-04707-PJH   Document 66   Filed 07/24/06   Page 1 of 4

1  PAUL J. ANDRE, Bar No. 196585
   (Pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (Lkobialka@perkinscoie.com)
3  JAMES L. HAUGEN, admitted *pro hac vice*
   (Jhaugen@perkinscoie.com)
4  AMY SUN, Bar No. 237185
   (Asun@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025-1114
   Telephone: (650) 838-4300
7  Facsimile: (650) 838-4350

8  Attorneys for Defendant
   INNOVATIVE ROBOTICS SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GENMARK AUTOMATION, INC., a California corporation, | CASE NO. C 05-04707 PJH |
| Plaintiff-Counterdefendant, | **JOINT STIPULATION TO EXTEND TIME TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| v. | |
| INNOVATIVE ROBOTICS SYSTEMS, INC., a California corporation, | |
| Defendant-Counterclaimant. | |

WHEREAS, the parties to the above-captioned litigation are required to file a joint claim construction and prehearing statement on July 24, 2006, pursuant to Patent Local Rule 4-3;

WHEREAS, the letter and spirit of the Court's Standing Order for Patent Cases requires that the parties genuinely meet and confer before filing the joint claim construction and prehearing statement to reduce the number of claim terms to be construed to no more than ten if possible;

JOINT STIPULATION TO EXTEND TIME
TO FILE JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT
CASE NO. C 05-04707 PJH

[/BY062010.029]

WHEREAS, there are three patents at issue in the above-captioned litigation, and these patents involve numerous terms, including "means plus function" elements that require reference to the specification as directed by 35 U.S.C. § 112, para. 6.

WHEREAS there are still more than ten claim terms or elements in dispute between the parties;

WHEREAS the parties wish to continue their meet and confer efforts to reduce the number of disputed claim terms to no more than ten;

WHEREAS, the parties agree that they require more time to meet and confer to satisfy the Court's Standing Order; and

WHEREAS, if the Court grants the parties' stipulated request to extend the time to file a joint claim construction and prehearing statement, such an extension will not otherwise affect the Court's scheduling order in the case;

The parties therefore stipulate to extend the time to file a joint claim construction and prehearing statement from July 24, 2006 to August 1, 2006.

IT IS SO STIPULATED.

DATED: July 20, 2006                **PERKINS COIE LLP**

By /s/ 
Lisa Kobialka
Attorneys for Defendant
Innovative Robotics Systems, Inc.

DATED: July 20, 2006                **THELEN REID & PRIEST LLP**

By  /s/
Robert E. Camors
Attorneys for Plaintiff
Genmark Automation, Inc.

- 2 -

JOINT STIPULATION TO EXTEND TIME
TO FILE JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT
CASE NO. C 05-04707 PJH

[/BY062010.029]

1  THE COURT ORDERS as follows:

2      The parties' stipulated request to extend the time to file a joint claim construction and

3  prehearing statement under Patent Local Rule 4-3 to August 1, 2006 is granted.

4

5

6  IT IS SO ORDERED.

7

8  DATED: July 24, 2006        By _____

9                                Honorable
                              United S

*[Stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*

- 3 -

JOINT STIPULATION TO EXTEND TIME
TO FILE JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT
CASE NO. C 05-04707 PJH

[/BY062010.029]

I, Lisa Kobialka, am the ECF user whose ID and password are being used to file this **JOINT STIPULATION TO EXTEND TIME TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT.** In compliance with General Order 45, X.B., I hereby attest that **Robert E. Camors of Thelen Reid & Priest LLP, attorneys for Genmark Automation, Inc.,** has concurred in this e-filing.

DATED: July 20, 2006

PERKINS COIE LLP

By _____/s/_____
Lisa Kobialka
Attorneys for Defendant
INNOVATIVE ROBOTICS SYSTEMS, INC.

- 4 -

JOINT STIPULATION TO EXTEND TIME
TO FILE JOINT CLAIM CONSTRUCTION
AND PREHEARING STATEMENT
CASE NO. C 05-04707 PJH

[/BY062010.029]