1  PAUL J. ANDRE, Bar No. 196585
   (Pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (Lkobialka@perkinscoie.com)
3  JAMES L. HAUGEN, admitted *pro hac vice*
   (Jhaugen@perkinscoie.com)
4  AMY SUN, Bar No. 237185
   (Asun@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA  94025-1114
   Telephone: (650) 838-4300
7  Facsimile: (650) 838-4350

8  Attorneys for Defendant
   INNOVATIVE ROBOTICS SYSTEMS, INC.

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| GENMARK AUTOMATION, INC., a California corporation, | CASE NO. C 05-04707 PJH |
|---|---|
| Plaintiff-Counterdefendant, | **INNOVATIVE ROBOTICS' REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |
| v. | |
| INNOVATIVE ROBOTICS SYSTEMS, INC., a California corporation, | |
| Defendant-Counterclaimant. | |

REQUEST TO APPEAR BY TELEPHONE
AT CASE MANAGEMENT CONFERENCE
CASE NO. C 05-04707 PJH

[/12006399_1.DOC]

57948-0005/LEGAL12006399.1

1   Pursuant to Civil L. R. 16-10(a), Innovative Robotics Systems, Inc. hereby requests to
2   appear telephonically at the Case Management Conference scheduled for November 2, 2006.

DATED: October 26, 2006.                    **PERKINS COIE LLP**

                                            By /s/ Lisa Kobialka
                                            Lisa Kobialka
                                            Attorney for Defendant
                                            Innovative Robotics Systems, Inc.

**DENIED**
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10/27/06

- 2 -

REQUEST TO APPEAR BY TELEPHONE
AT CASE MANAGEMENT CONFERENCE
CASE NO. C 05-04707 PJH

[/12006399_1.DOC]

57948-0005/LEGAL12006399.1