July 24, 2009

David Lake
dlake01@pacbell.net
67 West Shore Road,
Belvedere, CA 94920

**VIA MESSENGER**

Honorable Phyllis J. Hamilton
450 Golden Gate Ave.
17th Floor, Courtroom 5
San Francisco, CA 94102

Re: *Genmark Automation, Inc. v. Innovative Robotics Systems, Inc.*, CV 05-4707 PJH

Dear Judge Hamilton,

I am writing to you as a shareholder of Innovative Robotics Systems, Inc. ("Innovative Robotics") Defendant and Cross-Complainant in *Genmark Automation, Inc. v. Innovative Robotics Systems, Inc.*, CV 05-4707 PJH.

I received your Order Conditionally Granting Request to Withdraw as Counsel (the "Order") (Electronic Case Filing Docket Entry 102), filed on June 26, 2009, in the above-referenced action. In the Order, you granted Perkins Coie LLP's Motion to Withdraw as Counsel and ordered Innovative Robotics to appear by substitute counsel within 30 days of the date of the Order (deadline of Monday July 27, 2009).

Innovative Robotics is in the process of searching for substitute counsel, but needs more time to retain counsel.

Will you please allow an additional 15 days to retain substitute counsel for Innovative Robotics?

Sincerely,

David Lake

cc: Bob Camors, Esq., counsel for Genmark Automation, Inc.

IT IS SO ORDERED

Phyllis J. Hamilton
United States District Judge

Date 7/28/09

-1-