1  JAMES C. YOON, State Bar No. 177155
   jyoon@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5
   Attorneys for Defendant,
6  INNOVATIVE ROBOTICS SYSTEMS, INC.

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | GENMARK AUTOMATION, INC.,          )   CASE NO.: C05-04707 PJH
                                        )
12 |         Plaintiff,                 )   **NOTICE OF SUBSTITUTION OF**
                                        )   **COUNSEL FOR DEFENDANT**
13 |    v.                              )   **INNOVATIVE ROBOTICS**
                                        )   **SYSTEMS, INC.**
14 | INNOVATIVE ROBOTICS SYSTEMS, INC., )
                                        )   **[PROPOSED] ORDER**
15 |         Defendant.                 )
                                        )
16                                      )
                                        )
17                                      )

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that defendant Innovative Robotics Systems, Inc. hereby substitutes Wilson Sonsini Goodrich & Rosati in place of Rice & Bronitsky as its attorneys of record in this action.  The contact information for new counsel is as follows:

> JAMES C. YOON (jyoon@wsgr.com)
> WILSON SONSINI GOODRICH & ROSATI
> Professional Corporation
> 650 Page Mill Road
> Palo Alto, CA 94304-1050
> Telephone:  (650) 493-9300
> Facsimile:   (650) 565-5100

Dated:  September 29, 2009            Respectfully submitted,

                                      WILSON SONSINI GOODRICH & ROSATI


                                      By:      /s/ James C. Yoon
                                                   James C. Yoon

                                      Attorney for Defendant,
                                      INNOVATIVE ROBOTICS SYSTEMS, INC.

### CONSENT TO SUBSTITUTION

Rice & Bronitsky hereby consents to this substitution.

Dated:  September 29, 2009            Respectfully submitted,

                                      RICE & BRONITSKY


                                      By:      /s/ Paul E. Rice
                                                   Paul E. Rice

**IT IS SO ORDERED.**

Dated:  10/15/09                      _____
                                      Honorable Phyllis J. Hamilton

[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]

NOTICE OF SUBSTITUTION OF COUNSEL            -1-
CASE NO. C05-4707 PJH

**SIGNATURE ATTESTATION**

I, James C. Yoon, attest that I obtained the concurrence of Paul E. Rice in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 29th day of September 2009 at Palo Alto, California.

/s/ James C. Yoon
James C. Yoon