**FOLEY & LARDNER LLP**
Robert E. Camors, Jr., CA BAR NO. 121204
bobcamors@foley.com
975 Page Mill Road
Palo Alto, CA 94304
Telephone: 650.856.3700
Facsimile: 650.856.3710

Attorneys for Plaintiff and Counterdefendant
GENMARK AUTOMATION, INC.

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant and Counterclaimant
INNOVATIVE ROBOTICS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENMARK AUTOMATION, INC., a California corporation,<br><br>　　　　Plaintiff, Counter-defendant,<br><br>　　v.<br><br>INNOVATIVE ROBOTICS SYSTEMS, INC., a California corporation,<br><br>　　　　Defendants, Counter-claimants. | CASE NO. 05-cv-04707 PJH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING STIPULATED PROTECTIVE ORDER** |

1. WHEREAS this Court entered a Stipulated Protective Order (Docket No. 58) in the above case on June 13, 2008;

2. WHEREAS the parties in this case, plaintiff and counterdefendant Genmark Automation ("Genmark") and defendant and counterclaimant Innovative Robotics Systems, Inc. ("IRSI")(Genmark and IRSI are hereafter collectively referred to as "the Parties") wish to modify certain term of the Stipulated Protective Order in order to provide for review of certain additional documents by individuals;

3. The parties agree that a signed copy of this Stipulation may serve as an original for all purposes.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties appearing below through their undersigned respective attorneys of record, based on the foregoing, and subject to the approval of this Court, that:

1. Materials provided by IRSI to Genmark that have been designated as "Highly Confidential – ATTORNEY'S EYES ONLY" subject to the disclosure limitations of paragraph 7.3 of the Stipulated Protective Order may be viewed by the following individuals in addition to the categories of individuals who are listed in paragraph 7.3: Mr. Bob Dunnett, an attorney who is the General Counsel, Corporate Secretary and a Board Member of Genmark and Mr. Ron Adolphson who is a Board Member of Genmark. Those two individuals may review such items and may have access to the information in such documents when provided tangible copies for review or when told of the contents of such documents by Outside Counsel for Genmark but are not permitted to have copies of such materials in their possession outside the presence of Outside Counsel for Genmark. Mr. Dunnett and Mr. Adolphson are not required to sign a copy of Exhibit A to the Stipulated Protective Order but Mr. Dunnett and Mr. Adolphson are required to review the Stipulated Protective Order and be bound by it as to any such materials that they may review.

---

1

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING STIPULATED PROTECTIVE ORDER
CASE NO. 05-cv-04707 PJH

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 8th day of April, 2010.

_____
Honorable Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1  Dated: April 6, 2010

2  _____
   Robert E. Camors, Jr.
3  FOLEY & LARDNER LLP
   Attorneys for plaintiff and counter-defendant
   GENMARK AUTOMATION, INC.

4  Dated: April 6, 2010     _James C. Yoon_ /kn/
5                           JAMES C. YOON, State Bar No. 177155
                            jyoon@wsgr.com
6                           WILSON SONSINI GOODRICH & ROSATI
                            Professional Corporation
7                           650 Page Mill Road
                            Palo Alto, CA 94304-1050
8                           Telephone: (650) 493-9300
9                           Facsimile: (650) 565-5100
                            Attorneys for Defendant and Counterclaimant
10                             INNOVATIVE ROBOTICS SYSTEMS, INC.

11

12      Concurrence in the electronic filing of this document has been obtained from the
13 signatories listed above.

14
   Dated: April 6, 2010     FOLEY & LARDNER LLP
15

16                          _____
                            Robert E. Camors, Jr.
17                          Attorneys for plaintiff and counter-defendant
                            GENMARK AUTOMATION, INC.
18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING STIPULATED PROTECTIVE ORDER
CASE NO. 05-cv-04707 PJH