**FOLEY & LARDNER LLP**
Robert E. Camors, Jr., CA BAR NO. 121204
BOBCAMORS@FOLEY.COM
975 Page Mill Road
Palo Alto, CA  94304
Telephone: 650.856.3700
Facsimile: 650.856.3710

Attorneys for Plaintiff and Counterdefendant
GENMARK AUTOMATION, INC.

**WILSON SONSINI GOODRICH & ROSATI**
JAMES C. YOON, CA Bar No. 177155
JYOON@WSGR.COM
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Defendant and Counterclaimant
INNOVATIVE ROBOTICS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GENMARK AUTOMATION, INC., a California corporation,<br><br>Plaintiff, Counterdefendant,<br><br>v.<br><br>INNOVATIVE ROBOTICS SYSTEMS, INC., a California corporation,<br><br>Defendant, Counterclaimant. | CASE NO. 3:05-cv-04707 PJH<br><br>**STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR 45 DAYS**<br><br>**Local Rules 6-2 and 7-12**<br><br>Hon. Phyllis J. Hamilton |

Plaintiff, Genmark Automation, Inc. ("Genmark") and Defendant, Innovative Robotics Systems, Inc., ("IRSI") (Genmark and IRSI are collectively "the Parties") hereby stipulate and agree to seek an order continuing the Case Management Conference which has been set by the Court to occur on July 15, 2010 by the Clerk's Notice dated March 31, 2010 (Docket Item No. 112).  The facts supporting this Stipulation are in the Declaration of Robert E. Camors, Jr. filed herewith and which is Exhibit A hereto ("Camors Decl.").

1   Plaintiff and Defendant request the continuation of this case management conference in
2   order to have additional time to pursue settlement discussions and to prepare settlement
3   documentation.  *See* Camors Decl. at para. 3.  The parties have been discussing settlement since
4   October 2009 and have recently agreed to a non-binding term sheet that is intended to facilitate
5   the settlement of the case.  *See* Camors Decl. at para. 3.

6   Plaintiff and Defendant are aware that the case management conference statement which
7   would be expected by the Court, would have to be filed no later that July 8, 2010.  The Parties
8   believe that the use of the available time to draft settlement documents would best serve the
9   interests of justice and therefore request at least a forty-five (45) day extension or continuation of
10  the case management conference.  *See* Camors Decl. at para. 3.

11  WHEREFORE, Plaintiff, Genmark Automation, Inc., and Defendant, Innovative
12  Robotics, Inc., stipulate and agree that the Case Management Conference should be continued to
13  a date that is at least 45 days after July 15, 2010, which will allow the Parties 60 days to seek a
14  final settlement of the case.

Respectfully Submitted,

Dated:  July 2, 2010                            Foley & Lardner LLP


By:   */s/ Robert E. Camors, Jr.*
         Robert E. Camors, Jr.
         Attorneys for Plaintiff
            Genmark Automation, Inc.

Dated:  July 1, 2010                            Wilson Sonsini Goodrich & Rosati


By:   */s/ James C. Yoon*
         James C. Yoon
         Attorneys for Defendant
            Innovative Robotics Systems, Inc.

-2-
STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR 45 DAYS
CASE NO. 3:05-CV-04707 PJH

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

3  Dated: __July 6_____, 2010

4  _____
   Hon. Phyllis J. Hamilton
5  U.S. District Court Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

6  THE CASE MANAGEMENT CONFERENCE IS
7  CONTINUED TO SEPTEMBER 16, 2010 AT
   2:00 P.M.

-3-
STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR 45 DAYS
CASE NO. 3:05-CV-04707 PJH

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and Defendant conferred on the 1st day of July, 2010, and that this stipulation was signed by the attorneys whose names appear above.

Dated:  July 2, 2010                               _/s/ Robert E. Camors, Jr._
                                                                Robert E. Camors, Jr.
                                                                Attorneys for Plaintiff
                                                                   GENMARK AUTOMATION, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2010, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

*/s/ Robert E. Camors, Jr.*
Robert E. Camors, Jr.
