1  **FOLEY & LARDNER LLP**
   Robert E. Camors, Jr., CA BAR NO. 121204
2  BOBCAMORS@FOLEY.COM
   975 PAGE MILL ROAD
3  PALO ALTO, CA 94304
   TELEPHONE: 650.856.3700
4  FACSIMILE: 650.856.3710

5  **McPHARLIN SPRINKLES & THOMAS LLP**
   Paul S. Avilla, CA BAR NO. 120458
6  160 W. SANTA CLARA STREET, SUITE 400
   SAN JOSE, CA 95113
7  TELEPHONE: 408.293.1900
   FACSIMILE: 408.293.1999
8

9  ATTORNEYS FOR PLAINTIFF, GENMARK AUTOMATION, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GENMARK AUTOMATION, INC., a California corporation, | ) **CASE NO. 05-CV-04707 PJH** |
| Plaintiff, | ) **NOTICE OF WITHDRAWAL OF COUNSEL ROBERT E. CAMORS, JR. AND FOLEY & LARDNER LLP AND [~~PROPOSED~~] ORDER PERMITTING WITHDRAWAL** |
| v. | ) |
| INNOVATIVE ROBOTICS SYSTEMS, INC., a California corporation, | ) |
| Defendant. | ) |

///
///
///
///
///
///
///
///

---

NOTICE OF WITHDRAWAL OF COUNSEL AND PROPOSED ORDER
CASE NO. 05-CV-04707 PJH

SVCA_368863.1

-1-

1 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2    **PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 11-5(a),

3 Robert E. Camors, Jr. and Foley & Lardner LLP hereby seek an Order from this

4 Court allowing withdrawal as counsel in the above-captioned action.  McPharlin

5 Sprinkles & Thomas LLP, 160 West Santa Clara Street, Suite 400, San Jose, CA

6 95113, will continue as counsel of record for Plaintiff Genmark Automation, Inc.

7 ("Genmark")  The Plaintiff Genmark has received notice of this withdrawal and

8 has no objection.

9

10 Dated:  August 31, 2010         **FOLEY & LARDNER LLP**

11
                                  By:   */s/ Robert E. Camors, Jr.*
12                                      ROBERT E. CAMORS, JR.

13
                          **[PROPOSED] ORDER**
14

15    **IT IS SO ORDERED.**

16
17 Dated:  September 1  , 2010    **FOLEY & LARDNER LLP**

18
                                  By:  _____
19                                     Honorable Phyllis J. Hamilton
                                       District Court Judge
20

IT IS SO ORDERED.
Judge Phyllis J. Hamilton

-1-
NOTICE OF WITHDRAWAL OF COUNSEL AND PROPOSED ORDER
CASE NO. 05-cv-04707 PJH

SVCA_368863.1