**McPHARLIN SPRINKLES & THOMAS LLP**
Robert E. Camors, Jr., CA BAR NO. 121204
BOBCAMORS@MSTPARTNERS.COM
160 W. Santa Clara St., Suite 400
San Jose, CA  95113
Telephone: 408.293.1900
Facsimile: 408.293.1999

Attorneys for Plaintiff and Counterdefendant
GENMARK AUTOMATION, INC.

**WILSON SONSINI GOODRICH & ROSATI**
JAMES C. YOON, CA Bar No. 177155
JYOON@WSGR.COM
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Defendant and Counterclaimant
INNOVATIVE ROBOTICS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENMARK AUTOMATION, INC., a California corporation,<br><br>        Plaintiff, Counterdefendant,<br><br>    v.<br><br>INNOVATIVE ROBOTICS SYSTEMS, INC., a California corporation,<br><br>        Defendant, Counterclaimant. | CASE NO. 05-cv-04707 PJH<br><br>**STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR 30 DAYS**<br><br>**Local Rules 6-2 and 7-12**<br><br>Hon. Phyllis J. Hamilton |

Plaintiff, Genmark Automation, Inc. ("Genmark") and Defendant, Innovative Robotics Systems, Inc., ("IRSI") (Genmark and IRSI are collectively "the Parties") hereby stipulate and agree to seek an order continuing the Case Management Conference which has been set by the Court to occur on September 16, 2010 by the Court's Order dated July 6, 2010 (Docket Item No. 117).  The facts supporting this Stipulation are in the Declaration of Robert E. Camors, Jr. filed herewith and which is Exhibit A hereto ("Camors Decl.").

Plaintiff and Defendant request the continuation of this case management conference in order to have additional time to pursue settlement discussions and to prepare settlement documentation.  *See* Camors Decl. at para. 3.  Settlement work has progressed since the filing of the last stipulated request for an order continuing the case management conference on July 2, 2010.  Genmark's attorneys provided a comprehensive set of settlement documents to counsel for the defendant on August 12, 2010 and as of September 7, 2010 defendant was still considering those documents.  *See* Camors Decl. at para. 3.

The Parties request further thirty day extension or continuation of the case management conference to facilitate their efforts to resolve this case without additional litigation.  *See* Camors Decl. at para. 3.

WHEREFORE, Plaintiff, Genmark Automation, Inc., and Defendant, Innovative Robotics, Inc., stipulate and agree that the Case Management Conference should be continued to a date that is at least 30 days after September 16, 2010, which will allow the Parties an additional 38 days to seek a final settlement of the case.

Respectfully Submitted,

Dated:  September 8, 2010         McPharlin Sprinkles & Thomas LLP


By:   */s/ Robert E. Camors, Jr.*
         Robert E. Camors, Jr.
         Attorneys for Plaintiff
             Genmark Automation, Inc.

Dated:  September 8, 2010         Wilson Sonsini Goodrich & Rosati


By:   */s/ James C. Yoon*
         James C. Yoon
         Attorneys for Defendant
             Innovative Robotics Systems, Inc.

-2-
STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR 45 DAYS
CASE NO. 05-CV-04707 PJH

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

3  Dated: September 9, 2010

4  Hon. Phyllis J. Hamilton
   U.S. District Judge

   IT IS SO ORDERED
   Judge Phyllis J. Hamilton

6  THE CASE MANAGEMENT CONFERENCE IS
   CONTINUED TO OCTOBER 21, 2010 AT
7  2:00 P.M.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF CONFERENCE**

  I hereby certify that counsel for Plaintiff and Defendant conferred on the 8th day of September, 2010, and that this stipulation was signed by the attorneys whose names appear above.

Dated:  September 8, 2010                    */s/ Robert E. Camors, Jr.*
                           Robert E. Camors, Jr.
                           Attorneys for Plaintiff
                            GENMARK AUTOMATION, INC.

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 8th day of September, 2010, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

                  */s/ Robert E. Camors, Jr.*
                    Robert E. Camors, Jr.