**McPHARLIN SPRINKLES & THOMAS LLP**
Robert E. Camors, Jr., CA Bar No. 121204
BOBCAMORS@MSTPARTNERS.COM
160 W. Santa Clara St., Suite 400
San Jose, CA  95113
Telephone: 408.293.1900
Facsimile: 408.293.1999

Attorneys for Plaintiff and Counterdefendant
GENMARK AUTOMATION, INC.

**WILSON SONSINI GOODRICH & ROSATI**
JAMES C. YOON, CA Bar No. 177155
JYOON@WSGR.COM
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Defendant and Counterclaimant
INNOVATIVE ROBOTICS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENMARK AUTOMATION, INC., a California corporation,<br><br>          Plaintiff, Counterdefendant,<br><br>     v.<br><br>INNOVATIVE ROBOTICS SYSTEMS, INC., a California corporation,<br><br>          Defendant, Counterclaimant. | CASE NO. 05-cv-04707 PJH<br><br>**STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR 30 DAYS**<br><br>**Local Rules 6-2 and 7-12**<br><br> **Hon. Phyllis J. Hamilton** |

Plaintiff, Genmark Automation, Inc. ("Genmark") and Defendant, Innovative Robotics Systems, Inc., ("IRSI") (Genmark and IRSI are collectively "the Parties") hereby stipulate and agree to seek an order continuing the Case Management Conference which has been set by the Court to occur on October 21, 2010 by the Court's Order dated September 9, 2010 (Docket Item No. 124).  The facts supporting this Stipulation are in the Declaration of James C. Yoon filed herewith and which is Exhibit A hereto ("Yoon Decl.").

Plaintiff and Defendant request the continuation of this case management conference in order to have additional time to pursue settlement discussions and to prepare settlement documentation. *See* Yoon Decl. ¶ 3. Settlement work has progressed since the filing of the last stipulated request for an order continuing the case management conference on September 8, 2010. The Parties have met and conferred regarding the settlement documents drafted by Genmark. IRSI's counsel provided Genmark with proposed changes to the settlement documents on September 15, 2010. On October 11, 2010, Genmark's counsel replied with a revised settlement proposal that IRSI is now considering. *See* Yoon Decl. ¶ 3.

The Parties request a further thirty day extension or continuation of the case management conference to facilitate their efforts to resolve this case without additional litigation. *See* Yoon Decl. ¶ 3.

WHEREFORE, Plaintiff, Genmark Automation, Inc., and Defendant, Innovative Robotics, Inc., stipulate and agree that the Case Management Conference should be continued to a date that is at least 30 days after October 21, 2010, which will allow the Parties an additional 37 days to seek a final settlement of the case.

Respectfully Submitted,

Dated: October 14, 2010    McPharlin Sprinkles & Thomas LLP

By: */s/ Robert E. Camors, Jr.*
　　　Robert E. Camors, Jr.
　　　Attorneys for Plaintiff
　　　　Genmark Automation, Inc.

Dated: October 14, 2010    Wilson Sonsini Goodrich & Rosati

By: */s/ James C. Yoon*
　　　James C. Yoon
　　　Attorneys for Defendant
　　　　Innovative Robotics Systems, Inc.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: __October 19__, 2010

4

5  THE CASE MANAGEMENT
6  CONFERENCE IS
   CONTINUED TO
7  DECEMBER 2, 2010 AT 2:00
   P.M.

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| 1 | **CERTIFICATE OF CONFERENCE** |
| 2 | I hereby certify that counsel for Plaintiff and Defendant conferred on the 14th day of |
| 3 | October, 2010, and that this stipulation was signed by the attorneys whose names appear above. |

Dated: October 14, 2010            */s/ James C. Yoon*
                                                  James C. Yoon
                                                  Attorneys for Defendant
                                                      Innovative Robotics Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of October, 2010, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

                                     */s/ James C. Yoon*
                                     James C. Yoon

**WILSON SONSINI GOODRICH & ROSATI**
JAMES C. YOON, CA Bar No. 177155
jyoon@wsgr.com
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Defendant and Counterclaimant
INNOVATIVE ROBOTICS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENMARK AUTOMATION, INC., a California corporation,<br><br>Plaintiff, Counterdefendant,<br><br>v.<br><br>INNOVATIVE ROBOTICS SYSTEMS, INC., a California corporation,<br><br>Defendant, Counterclaimant. | CASE NO. 05-cv-04707 PJH<br><br>**DECLARATION OF JAMES C. YOON IN SUPPORT OF STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR 30 DAYS** |

I, James C. Yoon, Jr., declare:

1. I am counsel of record for defendant Innovative Robotics Systems, Inc. ("IRSI"). I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of the Stipulation for Order Continuing Case Management Conference for 30 Days, which is concurrently being filed herewith.

3. Since the filing of the Stipulation for Order Continuing Case Management Conference on September 8, 2010, and the Court's order of September 9, 2010 continuing the Case Management Conference to October 21, 2010, the parties met and conferred regarding the settlement documents drafted by plaintiff's counsel in August 2010. On September 15, 2010, defense counsel provided Genmark Automation, Inc. ("Genmark") with IRSI's proposed changes to the draft settlement documents. On October 11, 2010, Genmark's counsel replied with a revised settlement proposal that IRSI is now considering. In view of the fact that active settlement negotiations are still occurring, Mr. Robert Camors, counsel of record for plaintiff Genmark, and I think that it continues to be in the interests of justice, especially as between these two parties, to seek an order from the Court to defer the Court-ordered October 21, 2010 Case Management Conference for another thirty days. We are of the view that this settlement process is still continuing to move forward.

In the past, there have been two continuances sought and granted for this Case Management Conference. The case has been on Court-ordered stay commencing on November 3, 2006 until the present. The case was filed on November 16, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that his declaration was signed in Palo Alto, California

Dated:  October 14, 2010         */s/ James C. Yoon*
                                 James C. Yoon

---

YOON DECLARATION IN SUPPORT OF STIPULATION FOR ORDER CONTINUING CMC
CASE NO. 05-CV-04707 PJH