**McPHARLIN SPRINKLES & THOMAS LLP**
Robert E. Camors, Jr., CA Bar No. 121204
BOBCAMORS@MSTPARTNERS.COM
160 W. Santa Clara St., Suite 400
San Jose, CA  95113
Telephone: 408.293.1900
Facsimile: 408.293.1999

Attorneys for Plaintiff and Counterdefendant
GENMARK AUTOMATION, INC.

**WILSON SONSINI GOODRICH & ROSATI**
JAMES C. YOON, CA Bar No. 177155
JYOON@WSGR.COM
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Defendant and Counterclaimant
INNOVATIVE ROBOTICS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENMARK AUTOMATION, INC., a California corporation, | CASE NO. 05-cv-04707 PJH |
| Plaintiff, Counterdefendant, | **STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR 30 DAYS** |
| v. | |
| INNOVATIVE ROBOTICS SYSTEMS, INC., a California corporation, | **Local Rules 6-2 and 7-12** |
| Defendant, Counterclaimant. | **Hon. Phyllis J. Hamilton** |

Plaintiff, Genmark Automation, Inc. ("Genmark") and Defendant, Innovative Robotics Systems, Inc., ("IRSI") (Genmark and IRSI are collectively "the Parties") hereby stipulate and agree to seek an order continuing the Case Management Conference which has been set by the Court to occur on December 2, 2010 by the Court's Order dated October 19, 2010 (Docket Item No. 126).  The facts supporting this Stipulation are in the Declaration of James C. Yoon filed herewith and which is Exhibit A hereto ("Yoon Decl.").

1    Plaintiff and Defendant request the continuation of this case management conference in
2 order to have additional time to pursue settlement discussions and to prepare settlement
3 documentation. *See* Yoon Decl. ¶ 3. Settlement work has progressed since the filing of the last
4 stipulated request for an order continuing the case management conference on October 14, 2010.
5 During the last month, the Parties have met and conferred frequently regarding settlement, and
6 have come to agreement on most material terms. They are now in the process of finalizing
7 settlement documents. *See* Yoon Decl. ¶ 3.
8    The Parties request a further thirty day extension or continuation of the case management
9 conference to facilitate their efforts to resolve this case without additional litigation. *See* Yoon
10 Decl. ¶ 3.
11    WHEREFORE, Plaintiff, Genmark Automation, Inc., and Defendant, Innovative
12 Robotics, Inc., stipulate and agree that the Case Management Conference should be continued to
13 a date that is at least 30 days after December 2, 2010, which will allow the Parties an additional
14 39 days to seek a final settlement of the case.   The case management conference is continued to January 6, 2011 at 2:00 p.m.

                                        Respectfully Submitted,

Dated:  November 23, 2010               McPharlin Sprinkles & Thomas LLP


                                        By:   */s/ Robert E. Camors, Jr.*
                                              Robert E. Camors, Jr.
                                              Attorneys for Plaintiff
                                                Genmark Automation, Inc.

Dated:  November 23, 2010               Wilson Sonsini Goodrich & Rosati


                                        By:   */s/ James C. Yoon*
                                              James C. Yoon
                                              Attorneys for Defendant
                                                Innovative Robotics Systems, Inc.

-2-
STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR 30 DAYS
CASE NO. 05-CV-04707 PJH

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: __November 29_____, 2010         _____

Hon. Phyllis J. Hamilton
U.S. District Court Judge

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and Defendant conferred on the 23rd day of November, 2010, and that this stipulation was signed by the attorneys whose names appear above.

Dated:  November 23, 2010                    */s/ James C. Yoon*
                                                                           James C. Yoon
                                                                           Attorneys for Defendant
                                                                              Innovative Robotics Systems, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of November, 2010, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

                                          */s/ James C. Yoon*
                                          James C. Yoon

# Exhibit A

1  **WILSON SONSINI GOODRICH & ROSATI**
   JAMES C. YOON, CA Bar No. 177155
2  JYOON@WSGR.COM
   650 Page Mill Road
3  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
4  Facsimile: (650) 493-6811

5  Attorneys for Defendant and Counterclaimant
   INNOVATIVE ROBOTICS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENMARK AUTOMATION, INC., a California corporation, | CASE NO. 05-cv-04707 PJH |
| Plaintiff, Counterdefendant, | **DECLARATION OF JAMES C. YOON IN SUPPORT OF STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR 30 DAYS** |
| v. | |
| INNOVATIVE ROBOTICS SYSTEMS, INC., a California corporation, | |
| Defendant, Counterclaimant. | |

I, James C. Yoon, Jr., declare:

1. I am counsel of record for defendant Innovative Robotics Systems, Inc. ("IRSI"). I have personal knowledge of the matters stated herein and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of the Stipulation for Order Continuing Case Management Conference for 30 Days, which is concurrently being filed herewith.

3. Since the filing of the Stipulation for Order Continuing Case Management Conference on October 14, 2010, and the Court's order of October 19, 2010 continuing the Case Management Conference to December 2, 2010, the parties have met and conferred frequently to discuss the material terms of the settlement agreement.  The parties have now come to agreement as to most material terms, and are in the process of finalizing the settlement documents.  In view of the fact that active settlement negotiations are still occurring, Mr. Robert Camors, counsel of record for plaintiff Genmark, and I think that it continues to be in the interests of justice, especially as between these two parties, to seek an order from the Court to defer the Court-ordered December 2, 2010 Case Management Conference for another thirty days.  We are of the view that this settlement process is still continuing to move forward.

In the past, there have been three continuances sought and granted for this Case Management Conference.  The case has been on Court-ordered stay commencing on November 3, 2006 until the present.  The case was filed on November 16, 2005.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that his declaration was signed in Palo Alto, California

Dated:  November 23, 2010                  */s/ James C. Yoon*
                                                                            James C. Yoon

YOON DECLARATION IN SUPPORT OF STIPULATION FOR ORDER CONTINUING CMC
CASE NO. 05-cv-04707 PJH