**McPHARLIN SPRINKLES & THOMAS LLP**
Robert E. Camors, Jr., CA Bar No. 121204
BOBCAMORS@MSTPARTNERS.COM
160 W. Santa Clara St., Suite 400
San Jose, CA  95113
Telephone: 408.293.1900
Facsimile: 408.293.1999

Attorneys for Plaintiff and Counterdefendant
GENMARK AUTOMATION, INC.

**WILSON SONSINI GOODRICH & ROSATI**
JAMES C. YOON, CA Bar No. 177155
JYOON@WSGR.COM
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Defendant and Counterclaimant
INNOVATIVE ROBOTICS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GENMARK AUTOMATION, INC., a California corporation,<br><br>  Plaintiff, Counterdefendant,<br><br>v.<br><br>INNOVATIVE ROBOTICS SYSTEMS, INC., a California corporation,<br><br>  Defendant, Counterclaimant. | CASE NO. 05-cv-04707 PJH<br><br>**STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR 7 DAYS**<br><br>**Local Rules 6-2 and 7-12**<br><br>**Hon. Phyllis J. Hamilton** |

  Plaintiff, Genmark Automation, Inc. ("Genmark") and Defendant, Innovative Robotics Systems, Inc., ("IRSI") (Genmark and IRSI are collectively "the Parties") hereby stipulate and agree to seek an order continuing the Case Management Conference which has been set by the Court to occur on January 13, 2011 by the Clerk's Notice dated December 22, 2010 (Docket Item No. 129).  The facts supporting this Stipulation are in the Declaration of James C. Yoon filed herewith and which is Exhibit A hereto ("Yoon Decl.").

1   Plaintiff and Defendant request the continuation of this case management conference
2   because Defendant's counsel is unavailable to attend the conference on January 13, 2011.  *See*
3   Yoon Decl. ¶ 3.   Defendant's counsel is available to attend a conference on January 20, 2011.
4   *Id*.
5   The Parties request a further seven day extension or continuation of the case management
6   conference so that Defendant's counsel may attend.  *See* Yoon Decl. ¶ 3.
7   WHEREFORE, Plaintiff, Genmark Automation, Inc., and Defendant, Innovative
8   Robotics, Inc., stipulate and agree that the Case Management Conference should be continued to
9   a date that is at least 7 days after January 13, 2011.

Respectfully Submitted,

Dated:  January 5, 2011          McPharlin Sprinkles & Thomas LLP

By:   */s/ Robert E. Camors, Jr.*
      Robert E. Camors, Jr.
      Attorneys for Plaintiff
        Genmark Automation, Inc.

Dated:  January 5, 2011          Wilson Sonsini Goodrich & Rosati

By:   */s/ James C. Yoon*
      James C. Yoon
      Attorneys for Defendant
        Innovative Robotics Systems, Inc.

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED

3 | Dated: January 10       , 2011

4 | Hon. Phyllis J. Hamilton
5 | U.S. District Court Judge

6 | THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO FEBRUARY 3, 2011 AT 2:00 P.M.

*[Court seal: United States District Court, Northern District of California. Stamp: "IT IS SO ORDERED" signed Judge Phyllis J. Hamilton]*

-3-
STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR 30 DAYS
CASE NO. 05-CV-04707 PJH

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and Defendant conferred on the 5th day of January, 2011, and that this stipulation was signed by the attorneys whose names appear above.

Dated: January 5, 2011        */s/ James C. Yoon*
　　　　　　　　　　　　　　　James C. Yoon
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　Innovative Robotics Systems, Inc.

-4-
STIPULATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE FOR 30 DAYS
CASE NO. 05-CV-04707 PJH

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of January, 2011, a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all parties.

                                              */s/ James C. Yoon*
                                              James C. Yoon