UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENMARK AUTOMATION, INC.,

    Plaintiff,

    v.

INNOVATIVE ROBOTICS SYSTEMS, INC.,

    Defendant.

_____/

No. C 05-4707 PJH

**ORDER RE BANKRUPTCY STAY**

It appearing from the Notice of Filing of Bankruptcy and Automatic Stay filed on February 9, 2011, that defendant Innovative Robotics Systems, Inc. has filed a petition in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefor,

IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

Pursuant to the stipulation of the parties at the February 3, 2011 case management conference, the stay also applies to defendant's counterclaim for declaratory judgment.

**IT IS SO ORDERED.**

Dated: February 16, 2011

                                              _____
                                              PHYLLIS J. HAMILTON
                                              United States District Judge