UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GENMARK AUTOMATION, INC.,

    Plaintiff(s),

v.

INNOVATIVE ROBOTICS SYSTEMS, INC.

    Defendant(s).
_____/

No. C 05-4707 PJH

**ORDER VACATING BANKRUPTCY STAY AND SCHEDULING CASE MANAGEMENT CONFERENCE**

    The bankruptcy stay is VACATED and a Case Management Conference shall be held on June 2, 2011, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

    The parties shall appear in person or through lead counsel and shall be prepared to discuss all items referred to in Fed. R. Civ. P. 16(c) and Civil L. R. 16-10.  The parties shall file a joint case management statement  no later than seven (7) days before the date of the conference.

    **IT IS SO ORDERED.**

Dated: May 11, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge